**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-81335-CIV-CANNON**

**MARIA FARMER**,

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

________________________________________/

**ORDER OF TRANSFER**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. Good cause appearing that a transfer of these actions is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 26-cv-81335** being of the same subject matter and arising out of the same circumstances as in **Case No. 25-cv-80880-DSL**, and subject to the consent of the Honorable David S. Leibowitz, it is hereby

**ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of Judge Leibowitz for all further proceedings.

**ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of October 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above numbered cases, the undersigned accepts the transfer of these cases. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date in Case No. 26-cv-81335-AMC shall bear the **Case No. 26-cv-81335-DSL**, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 1st day of October 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Clerk of Court