**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 9:26-cv-81335-LEIBOWITZ**

**MARIA FARMER**,

*Plaintiff*,

*v.*

**UNITED STATES OF AMERICA**,

*Defendant.*

______________________________/

**ORDER**

**THIS CAUSE** is before the Court *sua sponte*. On October 1, 2026, this action was transferred to the undersigned. [ECF No. 24]. This case is related to *Doe v. United States of America*, No. 9:25-cv-80880-DSL (S.D. Fla.), also assigned to the undersigned.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall **SHOW CAUSE** in writing why this case should or should not be consolidated with *Doe v. United States of America*, No. 9:25-cv-80880-DSL **no later than October 21, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on October 7, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record