**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MARIA FARMER,

*Plaintiff,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

Case No. 9:26-cv-81335

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff Maria Farmer, through undersigned counsel, respectfully moves for entry of an Order substituting Spencer T. Kuvin, Esq. and Goldlaw P.A. as counsel for Plaintiff Maria Farmer in this action, replacing Jennifer Freeman, Esq. and the Marsh Law Firm PLLC.

Current counsel consents to the requested substitution, and incoming counsel accepts the substitution and agrees to undertake representation of Plaintiff in this action. Accordingly, Plaintiff respectfully requests that the Court enter an Order substituting Spencer T. Kuvin, Esq. and Goldlaw P.A. as counsel of record for Plaintiff and relieving Jennifer Freeman, Esq. and Marsh Law Firm PLLC as counsel of record for Plaintiff and removing outgoing counsel from the CM/ECF service list for this action.

Dated: October 21, 2026

Consent:

[signature]

Jennifer Freeman, Esq.
Florida Bar No. 1014236
Marsh Law Firm PLLC
31 Exchange Place, 11th Floor
New York, NY 10001
221-372-3030; jenniferfreeman@marsh.law

Respectfully submitted,
GOLDLAW P.A.
*/s/ Spencer T. Kuvin*

Spencer T. Kuvin, Esq.
Florida Bar No. 89737
1641 Worthington Rd., Ste. 300

West Palm Beach, FL 33409
Tel: (561) 331-4468; Email:
skuvin@goldlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notice of electronic filing to all counsel of record.

Date: October 21, 2026

*/s/ Spencer T. Kuvin*
Spencer T. Kuvin, Esq.