**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-81335-LEIBOWITZ**

**MELISSA FARMER**,
*Plaintiff*,

*v.*

**UNITED STATES OF AMERICA**,
*Defendant*.
_________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Substitution of Counsel [ECF No. 26], filed on October 21, 2026. Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 26**] is **GRANTED.**
2. Spencer T. Kuvin, Esq. of the firm Goldlaw, P.A. shall be substituted as counsel of record in place of Jennifer Freeman, Esq. of the Marsh Law Firm PLLC for Plaintiff Melissa Farmer.
3. Within **five (5) days** of the entry of this Order, Jennifer Freeman, Esq. shall send to Plaintiff a copy of this Order and file a notice with the Court certifying the same by conventional means.
4. Jennifer Freeman, Esq. and the Marsh Law Firm PLLC shall thereafter be relieved of all further responsibilities to Plaintiff in these proceedings.

**DONE AND ORDERED** in the Southern District of Florida on October 21, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record